UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  20-CV-24180-RNS

**BISCAYNE BAY BREWING COMPANY, LLC**, a Florida limited liability company,

    Plaintiff.

v.

**LA TROPICAL HOLDINGS, B.V**., a Netherlands corporation, and **CERVECERIA LA TROPICAL USA LLC**, a Florida limited liability company

    Defendant.    /

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Biscayne Bay Brewing Company, LLC ("Plaintiff") hereby discloses that it is a privately held Florida limited liability company and no publicly held corporation owns any of its stock. The following entities hold 10% or more of Plaintiff's membership interests: (1) LCP SPV I, LLC, a Delaware limited liability company; and (2) JM Global Consulting Inc., a Florida corporation.

Dated: November 30, 2020

Respectfully submitted,

BERGER SINGERMAN LLP
*Attorneys for Plaintiff*
350 East Las Olas Boulevard, 10th Floor
Fort Lauderdale, Florida 33301
Main: (954) 712-5138
Facsimile: (954) 523-2872

By:   *Alejandro M. Miyar*
      Geoffrey Lottenberg
      Florida Bar No. 56240
      glottenberg@bergersingerman.com
      Alejandro M. Miyar
      Florida Bar No. 105399
      amiyar@bergersingerman.com

                                              drt@bergersingerman.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 30, 2020, I caused the foregoing document to be served on all counsel of record identified below via CM/ECF.

                                    By:  *Alejandro M. Miyar*
                                                Alejandro M. Miyar

David A. Coulson
Jared R. Kessler
Elisa H. Baca
**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Tel : (305) 579-0500
Fax : (305) 579-0717
Email: coulsond@gtlaw.com
Email: kesslerj@gtlaw.com
Email: bacae@gtlaw.com

*Attorneys for Defendants La Tropical Holdings, B.V. and Cerveceria La Tropical USA LLC*

10176402-2